IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN S. CAMILLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WAUSAU MORTGAGE CORPORATION, et al., <br><br> Defendants. <br> _____/ | No. C 12-03132 JSW <br><br> **ORDER DENYING MOTION TO RELATE CASES** |

This matter comes before the Court upon consideration of the Administrative Motion to Relate Cases, filed by Defendants. Defendants ask the Court to relate this case to *Camillo v. Wasau Mortgage Corp.*, 12-3149-PSG. Although the Court finds that the two cases are related under subsection (a)(1) of Rule 3-12, because they involve many of the same parties, the Court does not find that it is appropriate to relate the cases, since the undersigned's involvement in this case has been minimal. Further, Plaintiffs have recently filed a response to an order to show cause that will result in the dismissal of this case without reaching the merits of Defendants' pending motion to dismiss.

Accordingly, the Court DENIES the motion to relate these two cases.

**IT IS SO ORDERED.**

Dated: August 22, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN S. CAMILLO, ET AL. et al, | Case Number: CV12-03132 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WAUSAU MORTGAGE CORPORATION, ET AL. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Celina Salazar Camillo
Franklin A Camillo
510 Vista Spring Court
Milpitas, CA 95035

Dated: August 22, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk