**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   FRANKLIN S. CAMILLO, et al.,
                                                    No.  C 12-03132 JSW
10              Plaintiffs,
                                                    **ORDER DENYING MOTION TO**
11      v.                                          **RELATE CASES**

12  WAUSAU MORTGAGE CORPORATION, et
    al.,
13
                Defendants.
14
                                               /
15

16          This matter comes before the Court upon consideration of the Administrative Motion to

17  Relate Cases, filed by Defendants.  Defendants ask the Court to relate this case to *Camillo v.*

18  *Wasau Mortgage Corp.*, 12-3149-PSG.  Although the Court finds that the two cases are related

19  under subsection (a)(1) of Rule 3-12, because they involve many of the same parties, the Court

20  does not find that it is appropriate to relate the cases, since the undersigned's involvement in

21  this case has been minimal.  Further, Plaintiffs have recently filed a response to an order to

22  show cause that will result in the dismissal of this case without reaching the merits of

23  Defendants' pending motion to dismiss.

24          Accordingly, the Court DENIES the motion to relate these two cases.

25          **IT IS SO ORDERED.**

26

27  Dated:   August 22, 2012                    _____
                                                JEFFREY S. WHITE
28                                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN S. CAMILLO, ET AL. et al,<br><br>        Plaintiff,<br><br>   v.<br><br>WAUSAU MORTGAGE<br>CORPORATION, ET AL. et al,<br><br>        Defendant.<br>_____/ | Case Number: CV12-03132 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Celina Salazar Camillo
Franklin A Camillo
510 Vista Spring Court
Milpitas,  CA 95035

Dated: August 22, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk